IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IN THE MATTER OF THE APPLICATION       :
OF THE UNITED STATES OF AMERICA        :
FOR A WARRANT TO SEARCH A SERVER       :    1:14MJ21-1
ASSOCIATED WITH A PARTICULAR           :
IP ADDRESS                             :

MOTION TO SEAL

NOW COMES the United States of America, by Ripley Rand, United States Attorney for the Middle District of North Carolina, through his assistant, Graham T. Green, and respectfully moves this Honorable Court, to seal the supplement to this motion and search warrant materials, including the affidavit and application in the above-referenced matter. The caption for the search warrant in 1:14MJ21-1, which included an internet protocol address, has been altered in this document in order to protect the ongoing investigation. Such sealing is within the inherent power of the court to control papers filed with it. <u>Baltimore Sun Co. v. Goetz</u>, 886 F.2d 60, 64 (4th Cir. 1989). In support whereof, the government shows unto the court the following:

(1) This investigation is a continuing one, with information and data being derived from numerous sources.

(2) Disclosure of the information being utilized during the course of the investigation may hamper the conclusion of the investigation.

(3) The information contained within the affidavit for search warrant and other related search warrant materials would make patent the sources of information presently available to the investigation.

WHEREFORE, the government respectfully moves that this Honorable Court seal the supplement to this motion, the related search warrant materials, and modify the case caption as reflected above until such time as the investigation is concluded.

This the __17__ day of March, 2014.

Respectfully submitted,

RIPLEY RAND
United States Attorney

/S/ GRAHAM T. GREEN
Assistant United States Attorney
NCSB #22082
United States Attorney's Office
Middle District of North Carolina
251 N. Main Street
Winston-Salem, NC 27101
Phone: 336/631-5268
E-mail: graham.green@usdoj.gov

2