IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IN THE MATTER OF THE APPLICATION : 1:14MJ21-1
OF THE UNITED STATES OF AMERICA :
FOR A WARRANT TO SEARCH A SERVER :
ASSOCIATED WITH A PARTICULAR :
IP ADDRESS :

ORDER

The United States has moved that the documents filed with the Court in connection with the search warrant issued in this case be sealed. The Court has inherent authority to order the sealing of search warrant materials. Baltimore Sun Co. v. Goetz, 886 F.2d 60, 64 (4th Cir. 1989). By ex parte supplemental filing, the United States has made a prima facie showing that justifies such sealing in this case.

IT IS THEREFORE ORDERED that the Motion to Seal by the United States is GRANTED, that the Clerk shall place under seal all materials filed in this case other than the Motion to Seal and this Order, and, for purposes of the publicly-available docket, the Clerk shall alter the caption as reflected above.

/s/ L. Patrick Auld
L. PATRICK AULD
U.S. MAGISTRATE JUDGE

March 26, 2014